725 A.2d 1120

IN THE MATTER OF MARC J. MALFARA,
AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on December 4, 1998, having filed with the Court its decision concluding that **MARC J. MALFARA** of **BLACKWOOD**, who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **MARC J. MALFARA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.